UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMPIRE ENGINEERING & CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-02753-RS<br><br>**JUDGMENT** |

On June 29, 2016, plaintiffs' motion for entry of default judgment was granted. Pursuant to Federal Rule of Civil Procedure 58, judgment is therefore entered in favor of plaintiffs and against defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
RICHARD SEEBORG
United States District Judge